William J. Brown, Jr. (SBN 192950)
Email: bill@brownwegner.com
BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Telephone: (949) 705-0080

Jack A. Wheat (*pro hac vice*)
Email: jwheat@mmlk.com
McBRAYER McGINNIS LESLIE & KIRKLAND, PLLC
9300 Shelbyville Road, Suite 110
Louisville, Kentucky 40222
Telephone: (502) 327-5400
Facsimile: (502) 327-5444

*Attorneys for All Plaintiffs*

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ALPHA DELTA PI, *et al* <br><br> Plaintiffs, <br><br> vs. <br><br> LEE COTTONE doing business as THE EMBROIDERY STORE also known as SPEAKY GREEKY <br><br> Defendant. | Case No. 8:18-cv-00135-JVS-RAO <br><br><br> **CONSENT DECREE** |

By agreement of the Plaintiffs ("Plaintiffs" or "Plaintiff Greek Organizations") and Defendant, Lee Cottone doing business as The Embroidery Store also known as Speaky Greeky. ("Defendant"), and as settlement in full of any and all claims which were or could have been asserted in this action, the parties

have entered into a Settlement Agreement, a provision of which is entry of the injunctive relief set forth below, and the Court otherwise being sufficiently advised,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Absent prior written permission from any of the Plaintiff Greek Organizations to do so, including, but not necessarily limited to, a written license agreement, Defendant along with any of his directors, officers, agents, servants, employees, representatives, or persons acting in concert or participation with him, shall be and herby are permanently **ENJOINED** and restrained from directly or indirectly producing, using or marketing, in any product line, any items containing a reproduction, copy or colorable imitation of any of the following names, marks or other indicia:

 (a) The words "ALPHA DELTA PI" or the "ADPi" nickname; the words "ALPHA OMICRON PI" or the "AOPi" nickname; the words "CHI OMEGA" or the "Chi O" nickname; The words "DELTA DELTA DELTA" or the "Tri-Delt," "Tri-Delts" or "Tri-Delta" nicknames; the words "DELTA PHI EPSILON" or the "D Phi E" nickname; the words "PHI MU"; the words "SIGMA CHI" or the "Sig" or "Sigs" nicknames; the words "SIGMA KAPPA"; and the words "ZETA TAU ALPHA" or the "Zeta" or "ZTA" nickname.

 (b) The Greek letter combinations "ΑΔΠ," "ΑΟΠ ," "ΧΩ," "ΔΔΔ," "ΔΦΕ," "ΦΜ," "ΣΧ," "ΣΚ," or "ZTA";

(c) Any crest, coat of arms, seals, flags, badges or slogans of any of the Plaintiff Greek Organizations referenced in paragraphs 1(a) and 1(b) above.

(d) Any other use in or on Defendant's goods, advertising, marketing brochures, promotional materials, other publications and documents of any other marks or indicia confusingly similar to any of the foregoing marks referenced in paragraphs 1(a), 1(b) or 1(c) above.

2. Absent prior written permission from any of the Plaintiff Greek Organizations to do so, including, but not necessarily limited to, a written license agreement, Defendant, along with any of his directors, officers, agents, servants, employees, representatives, or other persons acting in concert or participation with him, shall be and hereby are also permanently **ENJOINED** and restrained from any false or materially misleading representations which are likely to lead the trade or public erroneously to believe that any of Defendant's goods or services have been produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for any of the Plaintiff Greek Organizations.

3. As between them, each of the parties to this Consent Decree shall be responsible for their own costs and attorneys' fees incurred prior to the entry of this judgment and decree.

4. Other than to the extent the Court retains continuing jurisdiction to enforce this Decree, this action is otherwise dismissed with prejudice from the Court's active docket.

Dated: April 13, 2018

_____
UNITED STATES DISTRICT JUDGE

Agreed to:

__/s/ William J. Brown, Jr._____
William J. Brown, Jr. (SBN 192950)
Email: bill@brownwegner.com
BROWN WEGNER LLP
2010 Main Street, Suite 1260
Irvine, California 92614
Phone: (949) 705-0081

Jack A. Wheat (*pro hac vice*)
Email: jwheat@mmlk.com
McBRAYER McGINNIS LESLIE &
KIRKLAND, PLLC
9300 Shelbyville Road, Suite 110
Louisville, Kentucky 40222
Telephone: (502) 327-5400
Facsimile: (502) 327-5444

*Attorneys for All Plaintiffs*

_____

___/s/ Lee Cottone_____
Lee Cottone
Email: lee@tesapparel.com
17155 Von Karman Avenue,
Units # 102-103
Irvine, California 92614
Phone: 949 242 0099

*Defendant*